1030

No. 908, Misc.  JENNINGS *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.  Petitioner *pro se.  Solicitor General Marshall* for the United States.

No. 928, Misc.  COOPER *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.  *Dale Quillen* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Philip R. Monahan* for the United States.

No. 936, Misc.  COMULADA *v.* WILLINGHAM, WARDEN. C. A. 10th Cir.  Certiorari denied.  Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for respondent.

No. 941, Misc.  GLASS *v.* HOLMAN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 943, Misc.  YAGER *v.* KENTUCKY.  Ct. App. Ky. Certiorari denied.

No. 949, Misc.  LYONS *v.* MUNICIPAL COURT, NORTH-ERN JUDICIAL DISTRICT, COUNTY OF SAN MATEO, ET AL. C. A. 9th Cir.  Certiorari denied.

No. 950, Misc.  THOMAS *v.* CALIFORNIA.  Sup. Ct. Cal. Certiorari denied.

No. 951, Misc.  COLEMAN *v.* MICHIGAN.  Sup. Ct. Mich. Certiorari denied.  *Lewis A. Engman* for petitioner.

No. 958, Misc.  NAILOR *v.* CALIFORNIA.  Dist. Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 968, Misc.  WALKER *v.* RUNDLE, CORRECTIONAL SUPERINTENDENT.  C. A. 3d Cir.  Certiorari denied.